# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                           :   NO. 543
                                          :
APPOINTMENT TO THE CRIMINAL    :   CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE     :   DOCKET

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of January, 2023, Brian L. Deiderick, Esquire, Lebanon County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2027.